Date: 08/16/10  DIVIDENDS REMITTED TO THE COURT  Page: 1

Case Number 10-10001 - ROBERTSON, JENNIFER A

| Creditor | Claim No. | Check # | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Columbia Gas # 150787<br>Revenue Recovery<br>200 Civic Center Drive<br>Columbus, OH 43215 | 000004 | 105 | 76.77 | 1.91 |
| Asset Acceptance LLC # 150787<br>Po Box 2036<br>Warren MI 48090 | 000005 | 106 | 53.38 | 1.33 |
| Time Warner Cable NEO # 150787<br>P.O. Box 0901<br>Carol Stream IL 60132 | 000009 | 110 | 95.18 | 2.37 |
| EMH Regional Medical Center # 150787<br>630 East River Street<br>Elyria, Oh 44035 | 000010 | 111 | 191.42 | 4.76 |
| David M. Sorboro, DDS., M.S. # 150787<br>26777 Lorain Rd, Suite 706<br>North Olmsted, OH 44070 | 000011 | 112 | 82.00 | 2.04 |

---------- Remittance Total ---------------                498.75        12.41

*signature*
ALAN J. TREINISH, TRUSTEE